# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 15-474

DAMION COMEAUX

VERSUS

AUSTIN J. ROMERO, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 97404
HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE

**********

## MARC T. AMY
## JUDGE

**********

Court composed of Sylvia R. Cooks, Marc T. Amy, and Shannon J. Gremillion, Judges.

**AFFIRMED.**

Daniel J. Balhoff
Perry, Atkinson, Balhoff,
Mengis, Burns & Ellis, LLC
Post Office Drawer 83260
Baton Rouge, LA 70884-3260
(225) 767-7730
COUNSEL FOR PLAINTIFF/APPELLANT:
    Damion Comeaux

**J. Chandler Loupe**
**McKernan Law Firm**
**5630 Bankers Avenue**
**Baton Rouge, LA   70808**
**(225) 767-2222**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Damion Comeaux**

**Valerie T. Schexnayder**
**Robicheaux & Collins**
**450 Laurel Street, Suite 1701**
**Baton Rouge, LA   70801**
**(225) 382-5550**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Zurich American Insurance Company**

**Karen Day White**
**Louisiana Municipal Association**
**700 North Tenth Street, Suite 440**
**Baton Rouge, LA   70802**
**(225) 334-5001**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**City of Abbeville**
**The Louisiana Municipal Association**
**Austin J. Romero**
**Abbeville Police Department**

**AMY, Judge.**

For the reasons expressed in the companion case of *Damion Comeaux v. Austin J. Romero, et al.*, 15-473 (La.App. 3 Cir. \_/\_/\_), \_ So.3d \_, the judgment of the trial court sustaining the exception of prescription of the City of Abbeville, Abbeville Police Department, and Austin J. Romero is affirmed. Costs of this proceeding, docket number 15-474, are assessed to the plaintiff-appellant, Damion Comeaux.

**AFFIRMED.**